**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
James E. Brandt
Jason C. Hegt
Meredith A. Cusick

*Counsel for Defendants Rajiv De Silva, Douglas S. Ingram, Arthur J. Higgins, Nancy J. Hutson, Roger H. Kimmel, William P. Montague, Todd B. Sisitsky, Jill D. Smith, William F. Spengler, Paul V. Campanelli, Suketu P. Upadhyay, Karen A. Wallace, Brian Lortie, Antonio R. Pera, and Joseph Barbarite*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ENDO INTERNATIONAL PLC, *et al.*,<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-22549 (JLG)<br><br>(Jointly Administered) |
| MATTHEW DUNDON, TRUSTEE OF THE ENDO GUC TRUST,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RAJIV DE SILVA, DOUGLAS S. INGRAM, ARTHUR J. HIGGINS, NANCY J. HUTSON, ROGER H. KIMMEL, WILLIAM P. MONTAGUE, TODD B. SISITSKY, JILL D. SMITH, WILLIAM F. SPENGLER, PAUL V. CAMPANELLI, SUKETU P. UPADHYAY, KAREN A. WALLACE, BRIAN LORTIE, ANTONIO R. PERA, JOSEPH BARBARITE, and JOHN DOES 1-10,<br><br>　　　　Defendants. | Adv. Pro. No. 24-7022 (JLG) |

**NOTICE OF DEFENDANTS' MOTION TO WITHDRAW THE REFERENCE**

PLEASE TAKE NOTICE that Defendants Rajiv De Silva, Douglas S. Ingram, Arthur J. Higgins, Nancy J. Hutson, Ph.D., Roger H. Kimmel, William P. Montague, Todd B. Sisitsky, Jill D. Smith, William F. Spengler, Paul V. Campanelli, Suketu P. Upadhyay, Karen A. Wallace, Brian Lortie, Antonio R. Pera, and Joseph Barbarite ("Defendants") respectfully move the United States District Court for the Southern District of New York for entry of an order, pursuant to 28 U.S.C. § 157(d), Federal Rule of Bankruptcy Procedure 5011, and Rule 5011-1 of the Local Rules of the Bankruptcy Court, withdrawing the reference for the reasons set forth in the accompanying Declaration of Jason C. Hegt and Memorandum of Points and Authorities, and exhibits thereto, which are hereby incorporated by reference.

Defendants have made no prior request to this Court or to any other court for the relief requested by this motion.

WHEREFORE, Defendants respectfully request that the Court enter an order granting the relief requested herein, and such other and further relief as the Court deems just and appropriate.

Dated: New York, New York
September 30, 2024

**LATHAM & WATKINS LLP**

By: /s/ *Jason C. Hegt*
James E. Brandt
Jason C. Hegt
Meredith A. Cusick
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: james.brandt@lw.com
         jason.hegt@lw.com
         meredith.cusick@lw.com

*Counsel for Defendants Rajiv De Silva, Douglas S. Ingram, Arthur J. Higgins, Nancy J. Hutson, Roger H. Kimmel, William P. Montague, Todd B. Sisitsky, Jill D. Smith, William F. Spengler, Paul V. Campanelli, Suketu P. Upadhyay, Karen A. Wallace, Brian Lortie, Antonio R. Pera, and Joseph Barbarite*